# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RONALD LYNN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0436 |
| ) | Judge Trauger |
| CORRECT CARE SOLUTIONS, ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

## **O R D E R**

On February 5, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 20), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion For Summary Judgment (Docket No. 15) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. This Order constitutes the Judgment in this case.

It is so **ORDERED.**

Enter this 4th day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge